IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RICHARD TAYLOR, JR. *

      *

    Plaintiff, *

      *    CIVIL ACTION NO. 5:17-cv-00078-FL

    v. *

NANCY A. BERRYHILL, *
Deputy Commissioner for Operations,
performing the duties and functions not *
reserved to the Commissioner of
Social Security, *

    Defendant. *
      * * * * *

ORDER FOR PAYMENT OF ATTORNEY'S FEES UNDER THE EQUAL
ACCESS TO JUSTICE ACT

IT IS HEREBY STIPULATED and AGREED as follows:

1. Defendant and Plaintiff agree to an award of $3,500.00 in attorney's fees to the Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412, to be sent to Plaintiff's counsel, Ricci Law Firm, P.A., at P.O. Box 483, Greenville, North Carolina 27835.

2. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kristin G. Oakley and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

3. Provided that Plaintiff's claim is allowed on remand, any request for attorney's fees

pursuant to the Social Security Act, 42 U.S.C. § 406(b), is subject to final review and approval as reasonable by this Court. This request shall be made within 30 days from the date of Defendant's Notice of Award, a copy of which should be provided to this Court and counsel for the Defendant. Defendant reserves the right to respond to the 406(b) request at that time.

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Kristin G. Oakley
KRISTIN G. OAKLEY
Ricci Law Firm, P.A.
P.O. Box 483
Greenville, NC 27835
Tel. 252-752-7785
kgoakley@riccilawnc.com
(signed by Cassia W. Parson with the permission of Kristin G. Oakley)

/s/ Cassia W. Parson
CASSIA W. PARSON
Special Assistant United States Attorney
6401 Security Boulevard, Room 617
Baltimore, Maryland 21235
Tel. 410-966-0446
Fax: 410-597-0137
cassia.parson@ssa.gov

ORDERED as STIPULATED this __23rd__ day of April, 2018.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE