UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RICHARD TAYLOR, JR.,
        Plaintiff,

v.

**JUDGMENT**

No. 5:17-CV-78-FL

NANCY A. BERRYHILL,
Commissioner of Social Security,
        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 23, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,500.00.

**This Judgment Filed and Entered on April 23, 2018, and Copies To:**

Kristin G. Oakley (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)

April 23, 2018        PETER A. MOORE, JR., CLERK
                                  /s/ Susan W. Tripp
                              (By) Susan W. Tripp, Deputy Clerk